

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00588-CR

Gary Thomas **CRAYTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9248
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment imposed October 29, 2020, as modified by the judgment nunc pro tunc, signed November 30, 2020, is AFFIRMED.

SIGNED September 8, 2021.

Luz Elena D. Chapa, Justice